Exhibit A
Defendant International Brotherhood of Electrical Worker's Local 1200's Motion to Dismiss
Civ. Action No. 1:26-cv-02080-MSJ

**DATED:**       **DECEMBER 15, 2025**


**Name of Charging Party:**

**Michael Brown**
14301 Duncannon Court
Bowie, MD 20721
mbrowntv@msn.com
(301) 452-8146

**Respondents:**

**CBS Broadcasting Company, Inc.**
51 West 52nd Street
New York, NY 10019
(212) 846-3588

**Also doing business as or under the control of:**
**Paramount Skydance Corporation**
1515 Broadway
New York, NY 10036
(212) 258-6000

**IBEW Local 1200**
6500 Seven Locks Road, Suite 200
Cabin John, MD 20818
(301) 661-8544


I.       **BASIS OF DISCRIMINATION:**

☑ Race
☑ Age
☑ Retaliation
☑ Gender
☑ Denial of Union Representation / Grievance Rights

Received by EEOC
Washington Field Office
Date 12-15-2025

I am an African American man over the age of 60. I was employed by CBS Sports for over 40 years with a clean record. However, on June 14, 2024, I was terminated based on unfounded allegations. Following that termination, I attempted to challenge the decision through the grievance and arbitration process provided under the collective bargaining agreement.

But on December 16, 2024, IBEW Local 1200 refused to proceed with my grievance, effectively denying me access to the contractual grievance and arbitration process. The union gave no gender-, race-, or age-neutral justification for its decision and offered no support in helping me formally contest the termination. I believe this decision was influenced by discriminatory animus based on gender, race, and age.

Then on **January 15, 2025**, CBS independently refused to arbitrate the matter, asserting I had no standing to do so on my own. The American Arbitration Association (AAA) formally closed the case for lack of jurisdiction on **January 17, 2025**. Taken together, the union and employer acted jointly or in concert to block my access to arbitration, depriving me of fair process and protection under the collective bargaining agreement. This culminated in the final deprivation of rights on January 17, 2025. I believe this conduct constitutes:

- Discrimination on the basis of gender, race and age;
- Retaliation for internal complaints; and
- Denial of union representation and grievance processing.

This charge is timely because the discriminatory harm was not complete until January 17, 2025, and this charge is filed within 300 days of that date. Additionally, I request the EEOC apply the continuing violation doctrine, the interdependent denial of grievance rights, and equitable tolling due to:

- Ongoing coordinated conduct by IBEW and CBS,
- Lack of finality until AAA's January 17, 2025, notice, and
- Federal shutdown delays in October–November 2025 that impacted my ability to finalize the charge.

## III.    RELIEF REQUESTED:

I request that the EEOC fully investigate both CBS and IBEW Local 1200's discriminatory and retaliatory failure to process my grievance and pursue arbitration. These actions denied me equal treatment, union representation, and access to the contractual grievance procedure based on my  gender, race, age, and protected activity. If the EEOC declines to pursue the matter, I respectfully request that it issue a Notice of Right to Sue against Respondents, so that I may seek full relief in federal court.

Received by EEOC
Washington Field Office
Date 12-15-2025

**Signed:**                                              **Submitted by Counsel:**

Michael Brown                                            Charles Tolliver, Esq.
                                                         Law Office of Charles Tolliver, PLLC
                                                         1629 K St. NW, Suite 300
                                                         Washington, DC 20006
                                                         O: (202) 973-0183 or (202) 998-7727
                                                         charles@legalsupportdc.com

Received by EEOC
Washington Field Office
Date 12-15-2025