**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Michael Brown ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:26-cv-02080-MSJ |
| ) | |
| v. ) | |
| ) | |
| CBS Broadcasting Inc. et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS**
**LOCAL 1200 OPPOSITION TO REQUEST FOR ENTRY OF DEFAULT**

Defendant International Brotherhood of Electrical Workers, Local 1200 ("Local 1200") hereby opposes the Plaintiff's Request for Clerk's Entry of Default Judgment as to Defendant IBEW Local 1200, (ECF No. 14) for the reasons stated below:

1. On May 22, 2026, Local 1200 was served with a complaint and summons in an action brought by Plaintiff in the Superior Court for the District of Columbia, Case No. 2026-CAB-002332 (ECF No. 1-2).

2. The complaint was filed by Charles Tolliver, Attorney for the Plaintiff. (*See* ECF No. 1-2 at Ex. A).

3. On June 11, 2026, Co-Defendants CBS Broadcasting, Inc. and Paramount Global, Inc., with the consent of Local 1200, filed a Notice of Removal to federal court. (ECF No. 1). Thereafter, the case was removed to this Court.

4. On June 18, 2026, Local 1200 filed a Motion to Dismiss Plaintiff's Complaint through the Court's CM/ECF System. (ECF No. 12). In so doing, counsel for Local 1200 intended to

serve a copy of the Motion to Dismiss on Plaintiff's counsel, Charles Tolliver, through the CM/ECF System in accordance with LCvR 5.4(d)(1).

5. On June 30, 2026, Plaintiff filed a Request for Clerk's Entry of Default As To Defendant IBEW Local 1200. (ECF No. 14). In that Motion, Plaintiff indicates he is acting *pro se* in this matter.

6. Plaintiffs' Request for Clerk's Entry of Default includes a certificate of service stating that counsel for Defendant IBEW Local 1200 was served with a copy of the Request by way of US mail and/or electronic mail on June 30. (ECF No. 14). Despite this representation, counsel for Defendant IBEW Local 1200 was not served with a copy of the Request and was not aware that it had been filed until it was entered on the docket on July 7, 2026.

7. Upon further review of the docket after receiving Plaintiff's Request for Clerk's Entry of Default, Local 1200 determined that Plaintiff's former counsel Charles Tolliver never entered an appearance in this action upon its transfer to Federal court. Thus, it appears that Plaintiff may not have received service of Local 1200's Motion to Dismiss.

8. In order to ensure the Plaintiff, who is now appearing *pro se*, received service of Local 1200's Motion to Dismiss, Local 1200 served copies of its Motion to Dismiss on Plaintiff via e-mail and U.S. mail on July 8, 2026. *See* Attachment A (Email to Plaintiff), Attachment B (Mailing to Plaintiff).

9. Courts generally disfavor default judgments as "modern federal procedures favors a trial on the merits over a default judgement." *Jackson v. Beech*, 636 F.2d 831, 835 (D.C. Cir. 1980) ("[A] default judgment must be a sanction of last resort to be used only when less onerous methods…will be ineffective or obviously futile.") (internal quotations omitted).

10. Any inadvertent failure to serve Plaintiff beyond the CM/ECF system does not prejudice the Plaintiff. *See Acree v. Republic of Iraq*, 658 F.Supp.2d 124, 129 (D.D.C. 2009) (finding no prejudice against the party as action was still in preliminary stage, i.e., no discovery and no motion to file default judgment). The Plaintiff has 14 days from the date of date of service to file its response to the Local's motion. (*See* LCvR 7(b)).

11. Accordingly, Plaintiff's Request for Entry of Default Judgment should be denied.

Date: July 8, 2026                    Respectfully submitted,

By:/s/ Rebecca W. Richardson
Rebecca W. Richardson (Bar No. 1010961)
Christine Kumar (Bar No. 1742929)
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
rrichardson@odonoghuelaw.com
ckumar@odonoghuelaw.com
Telephone No.: (202) 362-0041
Facsimile No.: (202) 362-2640
*Counsel for IBEW Local 1200*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Michael Brown | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:26-cv-02080-MSJ |
| | ) | |
| v. | ) | |
| | ) | |
| CBS Broadcasting Inc. et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8th day of July, 2026, the foregoing was filed using the Court's

CM/ECF service and served electronically via e-mail and U.S. mail to:

Michael Brown, *pro se*
14301 Duncannon Court
Bowie, MD 20721
mbrowntv@msn.com

Robert R. Niccolini
Ogletree, Deakins, Nash, Smoak & Stewart. P.C.
1909 K Street N.W., Suite 1000
Washington, D.C. 20006
Robert.niccolini@ogletreedeakins.com
. *Counsel for Defendants, CBS Broadcasting Inc. and Paramount Global Inc.*

By: _____/s/ *Rebecca W. Richardson*_____
Rebecca W. Richardson
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
rrichardson@odonoghuelaw.com